```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
TITUS GROUP, INC.,                                            :
                                                              :
                              Plaintiff,                      :
                                                              :
               -against-                                      :
                                                              :
ADVOQUE SAFEGUARD LLC et al.,                                 :
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- X
```

21-CV-4164 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

On July 13, 2021, Defendants filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  (Doc. 15.)  A day later, on July 14, 2021, Defendants re-filed their motion to dismiss materials under the correct ECF heading.  (Doc. 16.)  Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby:

ORDERED that Plaintiff shall file any amended complaint by August 4, 2021.  It is unlikely that Plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by August 13, 2021.  Defendants' reply, if any, shall be served by August 27, 2021.

IT IS FURTHER ORDERED that the Clerk's office is directed to terminate the open motion at Document 15, which Defendants properly corrected with their subsequent filing.

SO ORDERED.

Dated: July 15, 2021
New York, New York

_____
Vernon S. Broderick
United States District Judge