UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TITUS GROUP, INC.,

               Plaintiff,

    -against-

ADVOQUE SAFEGUARD LLC et al.,

               Defendants.
------------------------------------------------------------ X

21-CV-4164 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

    On August 4, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). "[W]hen a plaintiff properly amends [a] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint." *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020). Accordingly, it is hereby:

    ORDERED that Defendants shall file a letter on or before August 11, 2021, deciding whether their motion to dismiss should be deemed moot without prejudice to refile a new motion to dismiss in accordance with Federal Rule of Civil Procedure 15(a)(3), or if I should evaluate Defendants' current motion to dismiss in light of the facts alleged in the amended complaint.

    SO ORDERED.

Dated: August 5, 2021
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge